IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**MICHAEL MAESTAS, THOMAS MAY,
JUANITO MARQUES AND JAHMAAL
GREGORY, on behalf of themselves and
all others similarly situated,**

      **Plaintiffs,**

      v.                                      No. 1:09-CV-00019 JH/LFG

**DAY & ZIMMERMAN, LLC and
SOC, LLC,**

      **Defendants.**

## NOTICE OF COMPLETION OF BRIEFING

PLEASE TAKE NOTICE that the briefing on Defendants' Motion for Summary Judgment and Memorandum in Support [Docket # 69 filed on June 10, 2010]; Plaintiffs' Response to Defendants' Motion for Summary Judgment [Docket #75 filed on June 28, 2010] and Defendants' Reply to Plaintiffs' Response to Motion for Summary Judgment [Docket #80 filed on July 19, 2010], is complete.

                                        Respectfully submitted,

                                        MOODY & WARNER, PC


                                        By: *Electronically filed by WW 8.4.10*
                                              Christopher M. Moody
                                              Whitney Warner
                                              4169 Montgomery Blvd. NE
                                              Albuquerque, NM 87109
                                              505.944.0033

                                        and

            LITTLER MENDELSON, P.C.
            Kimberly J. Gost
             1601 Cherry Street Suite 1400
             Philadelphia, PA  19102
             267.402.3007
             *Attorneys for Defendants*

We hereby certify that we have served by electronic filing a true and correct copy of the foregoing pleading to the following opposing counsel of record this 4th day of August  2010.

Hannah Best
HANNAH BEST & ASSOCIATES
Co-counsel for Plaintiffs
P.O. Box 27670
Albuquerque, NM  87125
hannahbbest@aol.com
505.247.2727

and

Darrell M. Allen
Co-counsel for Plaintiffs
505 14th St. NW
Albuquerque, NM  87104-1321
darrell.allen@voxoptima.com
505.306.1685

By: */s/Electronically filed by W. Warner 8.4.10*