IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**MICHAEL MAESTAS, THOMAS MAY,
JUANITO MARQUEZ, and JAHMAAL GREGORY,
on behalf of themselves and all others similarly situated,**

    Plaintiffs,

v.       No. 1:09-cv-19 JH/LFG

**DAY & ZIMMERMAN, LLC,
and SOC, LLC,**

    Defendants.

## ORDER

This matter comes before the Court upon Defendants' Unopposed Motion to Continue Pre-Trial and Trial Settings. The Court, having considered the Motion and being otherwise fully advised finds that the motion is well-taken and it is hereby GRANTED as follows:

1. The Court hereby vacates the current October 18, 2010 trial setting and all concomitant pre-trial deadlines.

2. The Court shall provide the parties with Notice of a new trial setting and new pre-trial deadlines.

    IT IS SO ORDERED.

_____
The Honorable Judith C. Herrera
United States District Court Judge