IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**MICHAEL MAESTAS, THOMAS MAY,**
**JUANITO MARQUEZ, and**
**JAHMAAL GREGORY,**

    Plaintiffs,

v.    No. 09-cv-0019 WJ/SMV

**DAY & ZIMMERMAN, LLC; and**
**SOC, LLC;**

    **Defendants.**

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:   July 2, 2014, at 1:30 p.m.

**Matter to be heard**:   Status Conference

A telephonic status conference is hereby set for **July 2, 2014, at 1:30 p.m.** Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1] Parties shall be prepared to discuss the status of discovery and choose a date on which to conduct a settlement conference. Parties are reminded to have their calendars available for the hearing.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.