IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**MICHAEL MAESTAS, THOMAS MAY,
JUANITO MARQUEZ, and JAHMAAL GREGORY,
on behalf of themselves and all others similarly situated,**

    **Plaintiffs,**

v.                                           No. 1:09-cv-19 WJ/SMV

**DAY & ZIMMERMAN, LLC,
and SOC, LLC,**

    **Defendants.**

## **ORDER**

This matter comes before the Court upon an Unopposed Motion for Extension of Time to Respond to Plaintiffs' Motion in Limine, the Court GRANTS the motion as follows:

Defendants' Response to Plaintiffs' Motion in Limine shall be extended to and including December 11, 2014.

IT IS SO ORDERED.

_____
Honorable Stephan M. Vidmar
United States Magistrate Judge


Respectfully submitted:

*/s/ Whitney Warner*
Christopher M. Moody
Whitney Warner
Alice Kilborn
Kimberly J. Gost
Attorneys for Defendants

Approved:  *via email 11.24.14  Darrell Allen*
Hannah B. Best
Darrell M. Allen
Attorneys for Plaintiffs