IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**MICHAEL MAESTAS, THOMAS MAY,**
**JUANITO MARQUEZ, and**
**JAHMAAL GREGORY,**

    Plaintiffs,

v.                                                No. 09-cv-0019 WJ/SMV

**DAY & ZIMMERMAN, LLC; and**
**SOC, LLC;**

    Defendants.

## ORDER FOR STATUS REPORT

THIS MATTER is before the Court pursuant to a settlement conference held on June 9, 2015. There, the parties reached a tentative settlement agreement. Counsel shall file a status report on their progress toward finalizing the settlement no later than **August 10, 2015**.

**IT IS SO ORDERED.**

                                                           **STEPHAN M. VIDMAR**
                                                           **United States Magistrate Judge**