IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**MICHAEL MAESTAS, JUANITO MARQUEZ,**
on behalf of themselves and all others similarly situated,

    Plaintiffs,

    v.                                  No. 09-cv-0019 WJ/SMV

**DAY & ZIMMERMAN, LLC and SOC, LLC,**

    Defendants.

## ORDER GRANTING PLAINTIFFS' OPPOSED MOTION TO SET SETTLEMENT DEADLINE

THIS MATTER is before the Court on Plaintiffs' Opposed Motion to Set Settlement Deadline [Doc. 235] filed on August 25, 2015. Defendants filed their Response to Plaintiffs' Motion to Set Settlement Deadline [Doc. 239] on September 9, 2015. Plaintiffs did not reply. The Court heard oral argument on September 15, 2015. The Court, having considered the briefing, oral argument, and relevant law, and being otherwise fully advised in the premises, FINDS that the Motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiffs' Opposed Motion to Set Settlement Deadline [Doc. 235] is **GRANTED.** As was described more fully on the record at the hearing, the deadline for Defendants to accept the settlement shall be October 15, 2015 at 5:00 p.m.

**IT IS SO ORDERED.**

                                                        _____
                                                        **STEPHAN M. VIDMAR**
                                                        **United States Magistrate Judge**